AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

JAMES JEFFERSON KENNER,

    Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:08-cv-00489-ECR-WGC**

JAMES BENEDETTI, et al.,

    Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the first amended petition for a writ of habeas corpus (Dkt. No. 14) is DENIED IN ITS ENTIRETY.


   March 20, 2012                                      **LANCE S. WILSON**
                                                                 Clerk


                                                              /s/ Katie Lynn Ogden
                                                                Deputy Clerk